1  HAYNES AND BOONE, LLP
   Jennifer M. Lantz (Cal. Bar. No. 202252)
2    jennifer.lantz@haynesboone.com
   525 University Ave, Ste 400
3  Palo Alto, CA 94301-1918
   (650) 687-8820
4
5  HAYNES AND BOONE, LLP
   Kenneth G. Parker (Cal Bar No. 182911)
6    kenneth.parker@haynesboone.com
   Diana C. Obradovich (Cal. Bar No. 312633)
7    diana.obradovich@haynesboone.com
   600 Anton Blvd., Suite 700
8  Costa Mesa, California 92626
   (949) 202-3000
9
   Attorneys for Plaintiff
10 TABLE DE FRANCE, INC.

11               **UNITED STATES DISTRICT COURT**

12               **CENTRAL DISTRICT OF CALIFORNIA**

| TABLE DE FRANCE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DBC CORPORATION, a Mississippi corporation, and DOES 1-20, inclusive,<br><br>Defendants. | Case No.:  5:19-CV-00423-JGB-KK<br><br>**PLAINTIFF TABLE DE FRANCE, INC.'S MOTION TO COMPEL FURTHER RESPONSES TO INTERROGATORIES AND PRODUCTION TO OF DOCUMENTS RELATED TO JURISDICTIONAL DISCOVERY**<br><br>Date:     July 11, 2019<br>Time:     10:00 a.m.<br>Location: Courtroom 3<br>Judge:    Hon. Kenly Kiya Kato<br><br>Complaint Filed: March 7, 2019<br>Discovery Cutoff:  None<br>Pretrial Conference: None<br>Trial Date: None |
|---|---|

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on July 11, 2019 at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 3 of the above-entitled Court, located at 3470 Twelfth Street, Riverside, California 92501, Table de France, Inc., through its attorneys of record, will and hereby does move this Court for an order requiring Defendant DBC Corporation to provide further responses to interrogatories and production of documents related to jurisdictional discovery. DBC has refused to provide documents and withheld information, arguing that the information is irrelevant, confidential business information, or both.

This Motion is based on the attached Joint Stipulation Regarding Motion to Compel by Plaintiff Table de France, Inc. and attached exhibits, all pleadings, papers and proceedings in this action, and such other matters as the Court deems proper.

DATED: June 11, 2019

HAYNES AND BOONE, LLP
KENNETH G. PARKER
JENNIFER M. LANTZ
DIANA C. OBRADOVICH

By: /s/Jennifer M. Lantz
Jennifer M. Lantz
Attorneys for Plaintiff
TABLE DE FRANCE, INC.

2

PLAINTIFF TABLE DE FRANCE, INC.'S MOTION TO COMPEL FURTHER RESPONSES TO INTERROGATORIES AND PRODUCTION TO OF DOCUMENTS RELATED TO JURISDICTIONAL DISCOVERY